Bristol County Savings Bank
29 Broadway
Taunton, MA 02780

Frederick J. Petersen
12019 Iguana Bay
Boynton Beach, FL 33436

GM Financial
ATTN: Payment Processing
P. O. Box 99605
Arlington, TX 76096-9605

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19114

Joseph Perl, Esq.
203 Arlington Street, Suite 2
Watertown, MA 02472

Massachusetts Department of
Unemployment Assistance
Legal Dept. 1st FL - Attn: Chief Counsel
Boston, MA 02114-2502

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02115-9564

NexTraq
1200 Lake Hearn Drive, Suite 500
Atlanta, GA 30319

Riemer and Braunstein
100 Cambridge Street, 22nd Floor
Boston, MA 02114