UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:  Crystal Clear Sewer & Drain, LLC                    Case no  .21-40194

  [NAME OF DEBTORS],                                         Chapter 7

  Debtors

  Crystal Clear Sewer & Drain, LLC

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Mary E Petersen, pr-ose/representative for Fredrick Petersen hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditors' committee be sent to:

Mary E Petersen
283 Cumberland Ave
North Attleboro, A02760

DATED 4/7/2021                           Respectfully submitted:

_____
Mary E Petersen, pro-se
283 Cumberland Ave
North Attleboro, A02760
508 239 2516 Mepmobile7@gmail.com