

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>CRYSTAL CLEAR SEWER & DRAIN, LLC,<br>Debtor | Ch. 7<br>21-40194-CJP |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #57  Objection of the Chapter 7 Trustee, Joseph H. Baldiga, to Claim No. 5 of Claimant Fredrick Petersen and #62 Response of Mary E. Peterson.

**Decision set forth more fully as follows:**

WITHIN THE NEXT 30 DAYS, MS. PETERSON MAY GO TO THE TRUSTEE'S OFFICE OR ANOTHER LOCATION THAT THE TRUSTEE IDENTIFIES TO REVIEW ALL THE RECORDS IN HIS POSSESSION RELATING TO THE DEBTOR.

MS. PETERSON WILL IDENTIFY, IN WHATEVER MANNER IS SUGGESTED BY THE TRUSTEE, ANY DOCUMENTS SHE WOULD LIKE COPIED. BEFORE THE TRUSTEE PROVIDES COPIES OR ALLOWS MS. PETERSON TO SCAN ANY DOCUMENTS , MR. DESMOND WILL BE PROVIDED 14 DAYS TO REVIEW THE IDENTIFIED DOCUMENTS FOR PERSONALLY IDENTIFIABLE INFORMATION OR OTHER INFORMATION OF CONCERN AND MAKE SPECIFIC OBJECTIONS OR REDACTION SUGGESTIONS TO THE TRUSTEE.  MS. PETERSON SHALL FILE A REQUEST FOR A CONFERENCE IF SHE IS UNABLE TO AGREE TO THE OBJECTION OR REDACTION AND THE TRUSTEE MAY PROVIDE COPIES OF OR ACCESS FOR SCANNING TO ANY DOCUMENTS AS TO WHICH THERE IS NO OBJECTION.  ANY PARTY IN INTEREST MAY OBTAIN AT THEIR COST COPIES OF DOCUMENTS PRODUCED TO MS. PETERSON.  IF MS. PETERSON IS PERMITTED TO SCAN DOCUMENTS, SHE SHALL PROVIDE TO THE TRUSTEE A THUMB DRIVE CONTAINING COPIES OF ALL SCANNED DOCUMENTS.

Dated: 9/23/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge